**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

MUSKAN KETAN MASTER,

  Plaintiff,

                            CASE NO.: 1:24-cv-02190-LMM-JKL

v.

EQUIFAX INFORMATION
SERVICES LLC, TRANS UNION
LLC, and IMPACT RECEIVABLES
MANAGEMENT, LLC,

    Defendants.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC

COMES NOW Plaintiff, MUSKAN KETAN MASTER, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses her causes of action in the Complaint against the EQUIFAX INFORMATION SERVICES LLC ("Equifax"). Defendant, Equifax, has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this June 26, 2024.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers, PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Office: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 26th of June, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Georgia Bar #: 617963
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*

2