**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORIGA
ATLANTA DIVISION**

MUSKAN KETAN MASTER,

       Plaintiff,

-vs-

EQUIFAX INFORMATION
SERVICES LLC, TRANS UNION
LLC, and IMPACT RECEIVABLES
MANAGEMENT LLC,

       Defendants.

CASE NO. 1:24-cv-02190-LMM-JKL

**NOTICE OF SETTLEMENT AS TO DEFENDANT, IMPACT
RECEIVABLES MANAGEMENT LLC,**

COMES NOW Plaintiff, MUSKAN KETAN MASTER, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, IMPACT RECEIVABLES MANAGEMENT LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 28th day of June, 2024.

1

/s/ **Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066
The Consumer Lawyers PLLC
412 E. Madison St, Suite 916
Tampa, FL 33602
Cell: (813) 299-8537
Facsimile: (844) 951-3933
Tav@theconsumerlawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 28th day of June, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/ **Octavio Gomez**
Octavio "Tav" Gomez
Georgia Bar No.: 617963
The Consumer Lawyers
*Attorney for Plaintiff*

2